## IN THE SUPREME COURT OF THE STATE OF NEVADA

RENOWN REGIONAL MEDICAL CENTER,

Petitioner,

vs.

THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF WASHOE; AND THE HONORABLE CONNIE J. STEINHEIMER, DISTRICT JUDGE,

Respondents,

and

AMANDA DROSSULIS; ALEX DROSSULIS, AS CO-GUARDIANS AD LITEM OF ETHAN DROSSULIS, A MINOR; SHAJI MATHEW, M.D., P.C.; AND SHAJI O. MATHEW, M.D.,

Real Parties in Interest.

No. 79123

**FILED**

NOV 25 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

### *ORDER DISMISSING PETITION*

Cause appearing, petitioner's motion for a voluntary withdrawal of this petition is granted. This petition is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Connie J. Steinheimer, District Judge
Hall Prangle & Schoonveld, LLC/Las Vegas
Lemons, Grundy & Eisenberg
Bradley Drendel & Jeanney
Washoe District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(0) 1947

19-48053